UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID E. LINEAR, JR., ) | CASE NO. C05-0785-MAT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER TO SHOW CAUSE |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Based on stipulations initiated by defendant, the Court granted three extensions of time for the filing of a responsive brief in this matter. (*See* Dkts. 14, 16 & 18.) In the last order granting an extension, the Court gave defendant until Monday, October 31, 2005 to file a responsive brief. (Dkt. 18.) The Court noted that, absent exceptional circumstances, no further extension would be allowed. *Id*. To date, defendant has yet to submit a responsive brief, or any other document explaining their failure to timely submit a response. In fact, none of the three stipulations submitted in this matter contain any reason, much less exceptional circumstances, explaining defendant's inability to respond to plaintiff's opening brief in a timely manner.

Accordingly, the Court hereby orders defendant to show cause within **ten (10) days** of the

ORDER TO SHOW CAUSE
PAGE -1

01 date of this order as to why plaintiff's request for an award of benefits should not be granted.

02 Failure to respond to this order in a timely fashion will be construed as an admission that plaintiff's

03 contentions have merit.

04       DATED this  7th  day of  November , 2005.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE -2